Stephen Bunker, by Alice Bunker, his next friend, appellee, v. E. Forrest Herdien, appellant. Gen. No. 8,178.

Heard in this court at the February term, 1930. Opinion filed September 2, 1930.

Taylor, Miller, Busch & Boyden, Francis X. Busch, Preston Boyden and Paul C. Hodge, for appellant. Stephen C. Malo and Miller & Shapiro, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

Morgan D. Wise, plaintiff in error, v. Edith M. Kuharske, defendant in error. Gen. No. 8,211.

Heard in this court at the May term, 1930. Opinion filed September 2, 1930.

Charles W. Ferguson and Hyer & Gill, for plaintiff in error. Large & Reno and W. J. Berry, for defendant in error.

Mr. Justice Jones delivered the opinion of the court.

In re Estate of Mary B. Moriarty, deceased.

Appeal of Will County National Bank, administrator of said estate in the matter of the claim of Mazie Bradley. Gen. No. 8,230.

Heard in this court at the May term, 1930. Opinion filed September 2, 1930.

Brundage, Landon & Holt, for appellant; Robert N. Holt, of counsel. L. Fred O'Brien and Edward McTiernan, for appellee.

Mr. Justice Jones delivered the opinion of the court.

William L. Knippel, administrator of the estate of Raymond J. Knippel, deceased, appellee, v. Elgin, Joliet & Eastern Railway Company, appellant. Gen. No. 8,149.

Heard in this court at the October term, 1929. Opinion filed September 6, 1930. Rehearing denied October 15, 1930.

Knapp, Beye, Allen, Cochran & Cushing and Donovan, Bray & Gray, for appellant; Joseph L. Earlywine and Paul R. Conaghan, of counsel. Albert H. Krusemark, for appellee.

Mr. Presiding Justice Jett delivered the opinion of the court.